BEFORE THE FIRST DIVISION, NOVEMBER 7, 1963

No. 68080.—Imports, Incorporated *v.* United States, protest 63/6007 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.